UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. C-11-86 |
| | § | |
| BROOKS COUNTY, TEXAS, | § § | |
| Defendant. | § § | |

## FINAL JUDGMENT AND ORDER ENTERING CONSENT DECREE

On this day came on to be heard the parties' Joint Motion to Enter Consent Decree. (D.E. 15). After reviewing the Consent Decree, the Court finds that all issues in the EEOC's Complaint have been resolved, that the parties are in agreement, and that the Consent Decree should be entered.

It is therefore ordered that the Consent Decree is hereby entered. The Court shall retain jurisdiction of this case during the term of this Consent Decree to enforce compliance with the terms and conditions of this Consent Decree and to take any action necessary or appropriate for its enforcement, interpretation, execution, modifications, or adjudication of disputes.

It is so ORDERED.

SIGNED and ORDERED this 15th day of February, 2012.

Janis Graham Jack
Senior United States District Judge